UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

          vs          5:07-cr-272

XIANG LI,
          Defendant.

- - -- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:          OF COUNSEL:

HON. GLENN T. SUDDABY          JOHN G. DUNCAN, ESQ.
United States Attorney for the          Assistant U.S. Attorney
Northern District of New York
Attorney for Government
100 South Clinton Street
P. O. Box 7198
Syracuse, New York  13261-7198

MICHAEL J. VAVONESE, ESQ.
Attorney for Defendant
Suite 300
407 South Warren Street
Syracuse, New York 13202

DAVID N. HURD
United States District Judge

## **O R D E R**

Defendant has moved to suppress any and all evidence from the execution of various search warrants.  (Docket No. 39).  The Government responded.  (Docket No. 40).

Upon a review of all submissions, including the Memorandum-Decision and Order dated March 20, 2008, the motion must be denied, essentially for the reasons set forth in the Government response.  If appropriate, a detailed Memorandum -Decision and Order will follow.

Therefore, it is

ORDERED, that defendant's motion is DENIED.

On December 12, 2007, the trial was originally set for February 11, 2008 (Docket No. 27). On January 8, 2008, at the request of defense counsel, the trial was rescheduled for March 14, 2008, to allow defense motions. (Docket No. 28). Defense motions were made, and denied on March 20, 2008. (Docket Nos. 32, 34, and 37). On that date, the trial was re-set a third time for April 28, 2008. Permission was granted, at defense counsel's request, to file the above additional motions. (Docket No. 38).

The trial will now proceed on Monday, April 28, 2008, at 9:30 a.m. in Utica, New York. Pretrial papers must be filed on or before April 22, 2008.

IT IS SO ORDERED.

Dated: April 16, 2008
      Utica, New York.

United States District Judge