UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

         vs                                5:07-CR-272

XIANG LI,
                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HON. GLENN T. SUDDABY<br>United States Attorney for the<br>Northern District of New York<br>Attorney for Government<br>100 South Clinton Street<br>P. O. Box 7198<br>Syracuse, New York  13261-7198 | JOHN G. DUNCAN, ESQ.<br>Assistant U.S. Attorney |
| XIANG LI<br># 18382<br>Defendant<br>Oneida County Correctional Facility<br>6075 Judd Road<br>Oriskany, New York  13424 | |
| WONG, WONG & ASSOCIATES, PC<br>Attorneys for Defendant<br>150 Broadway, Suite 1588<br>New York, NY 10038 | MICHAEL S. WEINSTOCK, ESQ. |

DAVID N. HURD
United States District Judge

## **O R D E R**

Defendant has filed a letter indicating that his attorneys are no longer representing him.  (Docket No. 70).  He has also submitted two proposed post-trial

motions which have not been reviewed, but have been docketed under seal and are restricted to court access. (Docket Nos. 71 and 72).

The Clerk is directed to send copies of the proposed motions to the defendant's attorneys.

A hearing is scheduled for June 6, 2008, at 11:00 a.m. at Utica, New York, to determine the issue of defendant's post-trial representation. The attorneys and the defendant must be present.

The Clerk is also directed to mail a copy of this order to the defendant.

IT IS SO ORDERED.

Dated: May 28, 2008
       Utica, New York.

_____
United States District Judge